ATYADM, CLOSED, HBG

# U.S. District Court
# United States District Court for the Middle District of Pennsylvania (Williamsport)
# CIVIL DOCKET FOR CASE #: 4:07-cv-00440-JEJ
# Internal Use Only

| | |
|---|---|
| Walters v. AU Optronics Corp. et al | Date Filed: 03/07/2007 |
| Assigned to: Honorable John E. Jones, III | Date Terminated: 06/04/2007 |
| Cause: 28:1332 Diversity-Fraud | Jury Demand: Plaintiff |
| | Nature of Suit: 370 Fraud or Truth-In-Lending |
| | Jurisdiction: Diversity |

**Plaintiff**

**Jeffrey L. Walters**  represented by  **Steven E. Grubb**
*on behalf of himself and all others*          Goldberg, Katzman & Shipman
*similarly situated in Pennsylvania*           320 Market St., Strawberry Square
                                               P.O. Box 1268
                                               Harrisburg, PA 17108-1268
                                               717-234-4161
                                               Fax: 717-234-6808
                                               Email: seg@goldbergkatzman.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Christine A. Williams**
                                               DurretteBradshaw, PLC
                                               600 East Main Street
                                               20th Floor
                                               Richmond, VA 23219-2430
                                               804-775-6900
                                               Email: cwilliams@durrettebradshaw.com
                                               *ATTORNEY TO BE NOTICED*

                                               **Edward J. Westlow**
                                               600 East Main Street
                                               20th Floor
                                               Richmond, VA 23219-2146
                                               804-780-0305
                                               Email: ewestlow@durrettebradshaw.com
                                               *ATTORNEY TO BE NOTICED*

                                               **Richard L. Coffman**
                                               The Coffman Law Firm
                                               1240 Orleans Street

Suite 200
Beaumont, TX 77701
409-832-4767
*ATTORNEY TO BE NOTICED*

**Wyatt B. Durrette, Jr.**
DurretteBradshaw, PLC
600 East Main Street
20th Floor
Richmond, VA 23219-6900
804-775-6900
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**Chi Mei Optoelectronics Co. Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA**
*Inc.*

**Defendant**

**Chunghwa Picture Tubes**
*Ltd.*

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi LTD**

**Defendant**

**Hitachi Displays**
*Ltd.*

**Defendant**

**Hitachi America LTD**

**Defendant**

**Idtech Co.**
*Ltd.*

**Defendant**

**Idtech USA**
*Inc.*

**Defendant**

**IPS Alpha Technology**
*Ltd.*

**Defendant**

**LG Philips LCD Co.**
*Ltd.*

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies**
*Ltd.*

**Defendant**

**Samsung Electronics Company LTD**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Sanyo Electric Co.**
*Ltd.*

**Defendant**

**Sanyo North America Corporation**

**Defendant**

**Sanyo Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America** *Inc.*

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America Electronic Corporation of America**

**Defendant**

**Toshiba Matsushita Display Technology Co.** *Ltd.*

**Defendant**

**John Does 1 - 100**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT against all defendants ( Filing fee $350, Receipt Number 983911), filed by Jeffrey L. Walters. (Attachments: # 1 Civil Cover Sheet)(lg, ) (Entered: 03/08/2007) |
| 03/08/2007 |  | Summons Issued as to Fujitsu Limited, Inc., Hannstar Display Corporation, Hitachi LTD, Hitachi Displays, Hitachi America LTD, |

| | | |
|---|---|---|
| | | Idtech Co., Idtech USA, IPS Alpha Technology, LG Philips LCD Co., Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Samsung Electronics Company LTD, Samsung Electronics America, Inc., Sanyo Electric Co., Sanyo North America Corporation, Sanyo Epson Imaging Devices Corporation, Seiko Epson Corporation, Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Syntax-Brillian Corp., Toshiba Corporation, Toshiba America Electronic Corporation of America, Toshiba Matsushita Display Technology Co., John Does 1 - 100 and mailed to Attorney Grubb for service on Defendant(s). (lg, ) (Entered: 03/08/2007) |
| 03/08/2007 | | SPECIAL ADMISSION FORMS SENT to Durrette, Williams, Westlow and Coffman (lg, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2 | NOTICE by Jeffrey L. Walters *OF MDL PROCEEDINGS* (Grubb, Steven) (Entered: 03/08/2007) |
| 03/09/2007 | | Letter to Multidistrict Litigation Panel enclosing copy of docket sheet and complaint. (lg, ) (Entered: 03/09/2007) |
| 05/15/2007 | 3 | CONDITIONAL TRANSFER ORDER (CTO-1) COPY FROM MDL PANEL transferring this case to the Northern District of California MDL #1827. This transfer becomes effective once we receive a certified copy of this CTO-1 from NDCA. (kc, ) (Entered: 05/15/2007) |
| 06/04/2007 | 4 | Letter and certified copy of order from Judicial panel on Multidistrict Litigation received from Northern District of California. (Case file transferred electronically to R. Santos, Deputy Clerk, Northern District California.) (lg, ) (Entered: 06/04/2007) |
| 06/04/2007 | | (Court only) ***Civil Case Terminated. (lg, ) (Entered: 06/04/2007) |