UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY L. WALTERS, | ) |
| Plaintiff, | ) CASE NO. 07-CV-440 |
| vs. | ) |
| AU Optronics Corp. America; et al. | ) |
| Defendants. | ) |

## NOTICE OF MDL PROCEEDINGS

This will serve as notice that the above-captioned matter is the subject of proceedings before the Judicial Panel on Multi-District Litigation at MDL Docket Number 1827.

Respectfully Submitted,

GOLDBERG KATZMAN, P.C.

Date: March 8, 2007

S/Steven E. Grubb
Steven E. Grubb, Esquire (PA75897)
320 Market Street, P. O. Box 1268
Harrisburg, PA 17108-1268
(717) 234-4161 (telephone)
(717) 234-6808 (facsimile)
seg@goldbergkatzman.com

Attorneys for Plaintiff Class

Of Counsel:

Wyatt B. Durrette, Jr. (VA Bar # 04719)
Christine A. Williams (VA Bar # 47074)
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA  23219-2430
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911

Edward J. Westlow (NY ID # 1651686)
600 East Main Street, 20th Floor
Richmond, VA  23219-2430
Telephone:  (804) 780-0305
Facsimile:  (804) 780-0306

Richard L. Coffman
The Coffman Law Firm
1240 Orleans Street, Suite 200
Beaumont, TX  77701
Telephone:  (409) 832-4767
Facsimile:  (866) 835-8250

144993 1