GOLDBERG KATZMAN, P.C.
Steven E. Grubb, Esquire (PA75897)
320 Market Street, P. O. Box 1268
Harrisburg, PA 17108-1268
(717) 234-4161 (telephone)
(717) 234-6808 (facsimile)
Email: seg@goldbergkatzman.com

Attorneys for Plaintiff Jeffrey Walters

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. C 07-02891 SI<br><br>MDL No. C 07-01827 SI<br><br>**PLAINTIFF JEFFREY WALTERS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| This Document Relates To:<br><br>Case No. C07 01184, an Indirect Purchaser Action. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 9, 2007

GOLDBERG KATZMAN, P.C.

_____
STEVEN E. GRUBB, ESQ.

Attorneys for Plaintiff
Jeffrey Walters

---